IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Asia Lynn Sebert,, <br><br> Plaintiff, <br><br> v. <br><br> Arizona Department of Corrections, et al., <br><br> Defendants. | No. CV-16-00354-PHX-ROS (ESW) <br><br> **ORDER** |

On November 15, 2016, Magistrate Judge Eileen S. Willett issued a Report and Recommendation addressing a motion to quash service as well as possible dismissal of two unserved defendants. (Doc. 103). No objections were filed and the Report and Recommendation will be adopted in full.

///
///
///
///

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 103) is **ADOPTED**.

**IT IS FURTHER ORDERED** Defendants Corizon LLC and Corizon Health of New Jersey, LLC, are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** the Motion to Quash Service (Doc. 95) is **GRANTED**.

**IT IS FURTHER ORDERED** Plaintiff has sixty days from the date of this Order to complete service on Defendants Moody and O'Neil. The Clerk of Court shall mail Plaintiff service packets for Defendants Moody and O'Neil. Plaintiff shall complete and return the service packets within ten days of this Order.

**IT IS FURTHER ORDERED**:

1. The United States Marshal shall retain the Summons, a copy of the Second Amended Complaint, and a copy of this Order for future use.

2. The United States Marshal shall notify Defendants Moody and O'Neil of the commencement of this action and request waiver of service of the summons pursuant to Rule 4(d) of the Federal Rules of Civil Procedure. The notice to Defendants shall include a copy of this Order. The Marshal shall file waivers of service of the summons or requests for waivers that were returned as undeliverable as soon as they are received. If a waiver of service of summons is returned as undeliverable or is not returned by Defendants within twenty days from the date the request for waiver was sent by the Marshal, the Marshal shall:

   (a) Personally serve copies of the Summons, Second Amended Complaint, and this Order upon Defendants Moody and O'Neil pursuant to Rule 4(e)(2) of the Federal Rules of Civil Procedure; and

   (b) Within ten days after personal service is effected, file the return of service for Defendants, along with evidence of the attempt to secure a waiver of service of the summons and of the costs subsequently incurred in effecting service upon Defendants. The costs of service shall be enumerated on the return of service form (USM-285) and shall include the costs incurred by the Marshal for photocopying additional copies of the Summons, Second Amended Complaint, or this Order and for preparing new process receipt and return forms (USM-285), if required. Costs of service will be taxed against the personally served Defendants pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure, unless otherwise ordered by the Court.

3. If Defendants agree to waive service of the Summons and Second Amended

Complaint, they shall **return the signed waiver forms to the United States Marshal, not the Plaintiff**.

Dated this 3rd day of January, 2017.

_____
Honorable Roslyn O. Silver
Senior United States District Judge