# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Seth W Sebert, et al., | No. CV-16-00354-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Arizona Department of Corrections, et al., | |
| Defendants. | |

On April 12, 2017, Magistrate Judge Eileen S. Willett issued a Report and Recommendation recommending this case be dismissed based on Plaintiff's failure to prosecute. No objections were filed.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 125) is **ADOPTED**.

**IT IS FURTHER ORDERED** the Clerk of Court is directed to enter a judgment of dismissal without prejudice.

**IT IS FURTHER ORDERED** the Motion for Extension of Time (Doc. 126) is **DENIED AS MOOT**.

Dated this 16th day of May, 2017.

Honorable Roslyn O. Silver
Senior United States District Judge